No. 99–5695. ANH TUAN HOANG v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5697. STANCLIFF v. COFFIELD ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–5698. SNIPES v. WARDEN, CADDO CORRECTIONAL CENTER. C. A. 5th Cir. Certiorari denied.

No. 99–5701. OWENS v. RAY ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5705. ALLEN v. WEST VIRGINIA ET AL.; ALLEN v. FRAZIER ET AL.; and ALLEN v. WEST VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 173 F. 3d 423.

No. 99–5710. SAVIOR v. VENTURA, GOVERNOR OF MINNESOTA, ET AL. Ct. App. Minn. Certiorari denied.

No. 99–5712. WASHINGTON v. MARGOLIS. C. A. 9th Cir. Certiorari denied.

No. 99–5713. GREEN v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 99–5715. HANLEY v. CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–5720. MADASCI v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5722. WHITE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–5727. BLAND v. BEVERLY HILLS UNIFIED SCHOOL DISTRICT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–5728. MANCE v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5730. KING v. SMITH, WARDEN. C. A. 11th Cir. Certiorari denied.